# HOLDER, U. S. DISTRICT JUDGE *v.* BANKS

No. 73–841.   Argued April 24, 1974—Decided May 28, 1974

*Karl J. Stipher* argued the cause for petitioner.   With him on the brief were *Frederick P. Bamberger, Harold H. Bredell, John E. Early, Erle A. Kightlinger, R. M. Kroger, C. Wendell Martin, James L. Miller, Wayne C. Ponader, Floyd W. Burns, C. B. Dutton, Thomas M. Scanlon, Ben J. Weaver, Howard S. Young, Jr.,* and *Norman P. Rowe.*

*Morton Stavis* argued the cause for respondent.   With him on the brief were *William M. Kunstler* and *Doris Peterson.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

MR. JUSTICE POWELL took no part in the consideration or decision of this case.

---

*\*Melvin L. Wulf, Leon Friedman,* and *Joel M. Gora* filed a brief for the American Civil Liberties Union et al. as *amici curiae* urging affirmance.